THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL EDWARD JACKSON,, <br><br> Defendant. | CASE NO. CR97-0191-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a writ of mandamus seeking release from custody (Dkt. No. 99). Defendant's motion was mailed on October 31, 2017 and docketed on November 2, 2017. Bureau of Prison records indicate he was released from custody on November 3, 2017. Defendant's motion is thus moot. The Court DIRECTS the Clerk to STRIKE the motion (Dkt. No. 99).

DATED this 17th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR97-0191-JCC
PAGE - 1